ORIGINAL

**FILED**

04/04/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0346

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0346

FILED

APR 0 4 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

MATHEW RYAN AILER,

    Petitioner and Appellant,

v.

                         O R D E R

STATE OF MONTANA,

    Respondent and Appellee.

---

Self-represented Appellant Matthew Ryan Ailer moves this Court to supplement the record with the District Court record in CDC-2014-98, which is on appeal in DA 22-0347, *State v. Ailer*. The State of Montana does not oppose the motion.

Upon consideration of Appellant's motion to supplement the record, and good cause appearing,

IT IS HEREBY ORDERED that the motion to supplement the record is GRANTED. The Clerk is directed to file the District Court record in CDC-2014-98, which is on appeal in DA 22-0347, into this case.

The Clerk is directed to provide a copy of this Order to counsel of record and to Mathew Ryan Ailer personally.

DATED this 4th day of April, 2023.

For the Court,

By _____
                        Chief Justice